UNITED STATES COURT OF APPEALS

IN AND FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
Appellee-Plaintiff,

v.

MAHSA PARVIZ,
Appellant-Defendant.

C.A. No. 24-2746 (related: 22-5060, 24-4709, 24-1315, 23-35601)
D.C. No. 2:21-cr-00293-SB (DMGx)
(Central District of California)

NOTICE OF MANDATORY REASSIGNMENT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 26 2024
FILED
DOCKETED
DATE
INITIAL

COMES NOW, Appellant-Defendant MAHSA PARVIZ and gives NOTICE of mandatory reassignment in the district court due to the recent filings noted on the docket, including affidavits in support of recusal of the Hon. Stanley Blumenfeld, Jr., pursuant to 28 USC §§ 144 and 455, which were submitted to the clerk for filing under seal in D.C. No. 2:21-cr-00293-SB (DMGx). In the interest of preservation of the appearance of justice, reassignment on remand should be ordered by this Court (see United States v. Wolf Child, 699 F.3d 1082, 1102 (9th Cir. 2012).

DATED: August 15, 2024

Respectfully submitted,

[signature]

MAHSA PARVIZ
P.O. Box 5000
Tallahassee, FL 32314

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I deposited the foregoing NOTICE in the C unit mailbox at FCI Tallahassee for filing in paper form via USPS First Class mail with the Ninth Circuit Appellate Clerk of Court, and to be served on the following interested parties and counsel via USPS First Class mail and the district Court clerk:

AUSA Jenna Wrae Long
312 N. Spring St.
Los Angeles, CA 90012

Dated: August 15, 2024

MAHSA PARVIZ