| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 22 2024<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>MAHSA PARVIZ,<br><br>　　Defendant - Appellant. | No. 24-2746<br><br>D.C. No.<br>2:21-cr-00293-SB-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Court records indicate that appellant has failed to file the opening brief in a timely manner. Appellant shall correct this deficiency by submitting the opening brief with a motion to file a late brief within fourteen days. If appellant does not file the opening brief or a motion for appropriate relief within fourteen days of the date of this order, the Clerk shall automatically dismiss this appeal for failure to prosecute. *See* Ninth Circuit Rule 42-1.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT