# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MAHSA PARVIZ,<br><br>Defendant-Appellant. | C.A. No. 24-2746<br>D.C. No. CR 21-293-SB<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR BAIL PENDING APPEAL UNDER CIRCUIT RULE 9-1.2** |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby opposes defendant-appellant Mahsa Parviz's request for bail pending appeal filed on January 7, 2025 (Dkt. 21).[1]

Defendant has two pending appeals—C.A. Nos. 22-50160[2] and 24-2746 (the instant appeal). Defendant previously sought bail pending appeal in her initial appeal (C.A. No. 22-50160). The district court denied her request, which this Court affirmed on the ground that the

---

[1] "Dkt." refers to docket entries filed in this Court, with the case number specified if it was not filed in the instant case.

[2] This appeal was argued and submitted on May 17, 2024, and the parties are awaiting a decision.

district court did not err in finding that defendant failed to show, by clear and convincing evidence, that she was not likely to flee or to pose a danger to the safety of any other person or the community if released. (C.A. No. 22-50160 Dkt. 62). This denial controls.

If defendant wishes to move for reconsideration of the denial of bail pending appeal in C.A. No. 22-50160, she must file through her appointed counsel the appropriate motion in that case.

Even if defendant could seek bail in this appeal, she would first need to make an application to the district court. *See* 18 U.S.C. § 3143(b)(1)(b) (requiring a Court determine that "the appeal is not for the purpose of delay and raises a substantial question of law" likely to disrupt the defendant's conviction or sentence, making it specific to each appeal). By filing this request directly with this Court in this appeal—and not first with the district court—she has failed to follow procedural requirements. Fed. R. App. P. 9(b); *United States v. Provenzano*, 605 F.2d 85, 91 (3d Cir. 1979) ("[Rule] 9(b) now explicitly provides . . . that an application for release after a judgment of conviction be made in the first instance to the district court"); s*ee also Stack v. Boyle*, 342 U.S. 1, 6 (1951) ("The proper procedure for

challenging bail as unlawfully fixed is by motion for reduction of bail and appeal to the Court of Appeals from an order denying such motion.").

Defendant's other requests, namely for a new trial and appointment of trial counsel, were either appropriately raised in her earlier appeal or are not properly before this Court in the form of this motion.

For these reasons, defendant's motion should be denied.

DATED: January 10, 2025         Respectfully submitted,

                                                  E. MARTIN ESTRADA
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

/s/ *Jenna W. Long*

JENNA W. LONG
Assistant United States Attorney
Terrorism and Export Crimes
Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

3

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 24-2746

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

```
MAHSA PARVIZ
 Reg No. 54652-509
FTC Oklahoma City
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK   73189
```

**Description of Document(s)** *(required for all documents)*:

Government's Opposition to Defendant's Motion for Bail Pending Appeal

**Signature** | s/ Jenna W. Long     **Date** | Jan 10, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 15**                                                                                    *Rev. 12/01/2018*