| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 12 2025<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

MAHSA PARVIZ,

    Defendant - Appellant.

No. 24-2746

D.C. No. 2:21-cr-00293-SB-1
Central District of California, Los Angeles

ORDER

    Court records indicate that appellant has failed to file the opening brief in a timely manner. Appellant shall correct this deficiency by submitting the opening brief with a motion to file a late brief within fourteen days. If appellant does not file the opening brief or a motion for appropriate relief within fourteen days of the date of this order, the Clerk shall automatically dismiss this appeal for failure to prosecute. *See* Ninth Circuit Rule 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT